1    PAYNE & FEARS LLP
     Attorneys at Law
2    Daniel F. Fears, Bar No. 110573
     E-Mail: dff@paynefears.com
3    Sean A. O'Brien, Bar No. 133154
     E-Mail: sao@paynefears.com
4    4 Park Plaza, Suite 1100
     Irvine, CA 92614
5    Telephone: (949) 851-1100
     Facsimile: (949) 851-1212
6

7    Attorneys for Defendant
     THE BOEING COMPANY
8

9                **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11   SUSAN NOVAK, an individual and on behalf of all others similarly situated and the general public, | CASE NO. SACV09-1011 CJC(ANx) |
| 13 | **DECLARATION OF NATALIE A. ROBBECKE IN SUPPORT OF DEFENDANT THE BOEING COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| 14           Plaintiff, | |
| 15      v. | |
| 16   THE BOEING COMPANY, a Delaware Corporation and DOES 1 through 100, inclusive. | Hearing Date: November 29, 2010 Time: 1:30 p.m. Place: Courtroom 10B Before Hon. Cormac J. Carney |
| 18           Defendants. | Discovery Cut-Off: March 18, 2011 Pre-trial Conference: June 20, 2011 Trial: June 28, 2011 |

21

22

23

24

25

26

27

28

## DECLARATION OF NATALIE A. ROBBECKE

I, Natalie A. Robbecke, declare as follows:

1.   I am currently employed as the Human Resources Director at Boeing for its Information Technology ("IT") business department.  I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify hereto.

2.   I hold the position of Human Resources Director for the Boeing's IT department. The IT department is part of a larger Boeing organization called Engineering Operations & Technology ("EO&T"). There are approximately 2,700 California-based employees who work in Boeing EO&T organization. The EO&T organization is comprised of multiple business units or departments, including Boeing IT, Boeing Research & Technology, Boeing Test & Evaluation, Enterprise Health & Safety, Intellectual Property Management and Enterprise Technology Strategy.

3.   The EO&T Division has employees in multiple states throughout the United States, including California.  These employees perform a wide variety of responsibilities in alignment with the functional and business units to which they are assigned.  For example, in California, there are over 1,000 employees across at least 36 distinct job classifications that, in addition to IT classifications, include unrelated

1    administrative, project management, procurement, finance and

2    engineering.  With respect to the named Plaintiff in this action,

3    Susan Novak, she is one of 151 persons currently employed in

4    California by EO&T within the job classification of computer

5    software programmer (*i.e.*, BAMB Classification –

6    Programmer/Analyst-Level 4).

7

8         4.   Many employees who work in Boeing's EO&T organization,

9    regardless whether classified as computer programmers/analysts

10   such as Ms. Novak, do so from their homes or residences.  This is

11   done through a program that Boeing offers called the "Virtual

12   Office and Telecommuting Program" ("Program"). The Program was

13   created approximately eleven years ago by Boeing to enable

14   certain employees to work outside of Boeing's owned or leased

15   facilities, such as their homes. The Program is set up, in part,

16   to benefit Boeing employees, and to provide them greater

17   flexibility in their work arrangements and to accommodate their

18   personal needs. The Program is not mandatory or required, and it

19   is considered a privilege and accommodation that Boeing is

20   willing make available for its employees, on a case-by-case

21   basis, either individually or within specific business units,

22   based on business needs and nature of the job. If an employee

23   does not want to work remotely, he or she can arrange to work at

24   a Boeing owned or leased facility.

25

26        5.   To be eligible to participate in the Program, Boeing

27   employees must receive approval from management. Further, final

28   approval of these arrangements is at the sole discretion of

2

1  Boeing management, and can be unilaterally withdrawn or

2  terminated at any time.  The terms and conditions for

3  participation in the Program are set forth in a written Boeing

4  policy called "PRO-497," a copy of which is attached hereto as

5  **Exhibit "I**," and by this reference incorporated herein.

6

7       6.   Prior to 2009, Boeing had a general policy to subsidize

8  and/or pay for the costs for employees to subscribe to monthly

9  for Home Data Access ("HDA") services, such as monthly telephone

10 and Internet lines in their homes. This was primarily

11 accomplished through a Boeing-paid platform where Boeing had

12 company plans with various telecommunications and cable companies

13 or providers. Boeing employees who were worked from home under

14 the Program could sign up through Boeing for an individual

15 account under the Boeing plan without paying out-of-pocket.

16 Boeing paid the telecommunications or Internet providers

17 directly. In other limited circumstances, depending where he or

18 she lived, the Boeing employee might contract separately with

19 his/her local telephone or cable provider, and thereafter would

20 submit reimbursement to Boeing for the monthly service expense or

21 cost.

22

23      7.   The Boeing-paid HDA policy was changed, starting in

24 2009, when Boeing announced a shift to an employee personal-paid

25 HDA platform. The reason for the change is that when Boeing first

26 introduced its Boeing-paid HDA service policy, most employees did

27 not have access to the Internet. Today, most people have dial-up

28 or Internet cable service (independent of work) for personal use

like other utilities as gas and electricity. Boeing also examined the practices at other companies and found that none provided these HDA services as a company expense.  Thus, in 2009 Boeing announced a change in policy which resulted in the transitioning of Boeing employees, including those who were 100% "virtual" work-from-home under the Program. The transition to personally-paid accounts for Boeing non-union employees occurred in January 2009 through November 2009, and thereafter for union employees beginning in December 2009.

8.    Boeing employees in EO&T were notified in 2009 of the change in policy through various announcements sent out by Boeing and also Boeing's "Intranet" web site. One such announcement was entitled "Frequently Asked Questions – Home Data Access (HDA) Transition from Boeing-Paid to Personal-Paid Services," a true and correct copy of which is attached hereto as **Exhibit "J,"** and by this reference incorporate herein.

9.    That FAQ announcement also repeatedly informed Boeing employees who work from home under the Program that if they did not wish to pay for HDA services themselves, Boeing would make a work station (office, cubicle, desk, with computer, telephone and Internet connections) available to them in a Boeing owned or leased facility upon request to their manager. (***See* Exhibit J, pp. 23, 33, 34, 36, 37, 39 and 41.**)

1

2       Executed this 29th day of October, 2010, at Bellevue,

3  Washington.

4

5       I declare under penalty of perjury under the laws of the

6  United States of America and California that the foregoing is

7  true and correct.

8

9                                         _____

10                                         Natalie A. Robbecke

11

12  4825-3232-5127.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28