*BOEING*

*PROCEDURE PRO-497*

PRO-497
Issue Date
October 22, 2010

# Virtual Office and Telecommuting Program

### Purpose/Summary

This procedure outlines the requirements and responsibilities of Virtual Office workers or Telecommuters and their managers. The procedure also provides guidelines and background information to enable Boeing organizations and teams to use Mobility Tools to their best business advantage.

### Supersedes

December 8, 2009

### Applies To

All Boeing

### Maintained By

Shared Services Group, Virtual Office Program

### Authority Reference

Policy POL-3, "People"

Policy and Procedure System contains the most current version of this writing. Uncontrolled when printed.

*BOEING*

*PROCEDURE PRO-497*

**Approved By**

Robert J. Pasterick
President Shared Services

**Summary of Changes (including the Title Page)**

**June 16, 2009:** The Issue Date, Title, Purpose/Summary, Supersedes, and Approved By have been changed. The scope of PRO-497 remains the same. Some terms were clarified. References were updated to match current procedures and service offerings. Additional paragraphs were added to address personally identifiable information (PII), business continuity, and noted that the program is available to International Local Hire Employees (IHLEs) through their HR managers. The provisions of a 2006 CACR that divided up responsibility for Hoteling Center administration between local site groups and Virtual Office program office are now included in this revised document.

**December 8, 2009:** Note: Administrative changes made to include Global Trade Controls (GTC) requirements and to update references.

**October 22, 2010:** Note: The Issue Date, Supersedes and Approved By sections were changed. An administrative change was made to correct the placement of a definition from E.g to 1.B. No other changes were made.

1. **Definitions**

    The definitions of terms in this procedure apply to this procedure only and do not affect the meaning of the same or similar terms as otherwise defined by the Company in other documents.

    A.  Ad Hoc (Virtual or Telecommuting) - Pre-authorized work performed outside the normal schedule as recorded in Employee Timekeeping System.

    B.  Export - The transfer of goods, services, software, technical data or technology to a <u>foreign person</u>, entity or destination, whether the transfer occurs inside or outside the United States. Consult with the Office of Internal Governance (OIG), Global Trade Controls (GTC) when this summary definition is insufficient.

    C.  Mobile Computing - The tools and technologies used to access networked data.

    D.  Virtual Work Agreement - An agreement between the manager and worker that stipulates where the worker will perform her or his assigned duties.

Policy and Procedure System contains the most current version of this writing. Uncontrolled when printed.



*PROCEDURE PRO-497*

The agreement defines where the employee will perform work in sufficient detail to determine Work Location and may include communication tools, allowable technology, and accountability requirements.

E. Virtual Work - The broadest term for work that is conducted independently of geographical location by accessing and utilizing Company resources, including, but not limited to, networked information and collaboration with others. The concepts that follow are subsets of Virtual Work.

   1. Alternative Work Locations - Authorized work areas that virtual workers may utilize. Alternatives include:

      a. Customer or Supplier's Location - A work site provided by a Boeing customer or supplier.

      b. Hoteling Centers - Shared, individual, or group spaces equipped with standard office technology in a Company location. These spaces are designed for multiple uses, such as privacy rooms, collaboration areas, conference rooms, individual work stations, and print centers. Virtual workers, on an as-needed basis, may reserve space in advance at <u>Hoteling Centers</u> or drop in on a first-come first-served basis.

      c. Mobile Desk - Shared space in a company location designed to be used as a drop-in work site. The space may be an enterprise first-come first-served location or dedicated business unit location maintained by the hosting business unit.

      d. Reservable Mobile Desk - An enterprise-offered shared space in a Company location that can be reserved for short-term use from the Virtual Office web site. Locations are offered in areas where a larger Hoteling Center is not practical.

      e. Residence - A non-Boeing work space provided by an employee or contractor.

      f. Telework Center - A non-Boeing space used by employees at public locations (i.e., libraries and colleges), and at private businesses (i.e., coffee shops and copy centers). These centers may be more convenient for virtual workers than their regular work locations.

Policy and Procedure System contains the most current version of this writing. Uncontrolled when printed.

**Exhibit I, Page 8**

*BOEING*                                                        *PROCEDURE PRO-497*

    2.    Types of Workers

        a.    Virtual Worker - A worker who works from Alternative Work Locations and has no single assigned Boeing desk, office, or cubicle.

        b.    Telecommuter - An employee who may occasionally work from Alternative Work locations while also retaining an assigned Boeing desk, office, or cubicle.

        c.    Ineligible - Employees whose work situation or assigned tasks are not appropriate for virtual work.

        d.    Not Enrolled - A worker who is eligible to participate, but is currently not enrolled, in the Virtual Office Program.

**2.    Introduction**

    A.    The Virtual Office tools and procedures facilitate conducting Company business where and when it is most expedient. The Company supports Virtual Office work when such arrangements are beneficial to the Company and the employee. Benefits may include reduction in costs through the consolidation of facilities, and flexible work arrangements in support of the product and/or personal needs.

    B.    Virtual Office encompasses Mobile Computing technology, Virtual and Telecommuting Work, and Alternative Work locations. The Company encourages the appropriate use of these tools, strategies, and locations to:

        1.    Implement Virtual Office in an organization.

        2.    Manage resources effectively.

        3.    Support employees working together, regardless of time or location.

        4.    Meet the needs of the Company and employee.

        5.    Reduce non-labor costs by consolidating facilities and by maximizing the potential of buildings and assets used by Boeing.

    C.    The process for implementing and using the Virtual Office program is located on the enterprise <u>Virtual Office</u> web site. This site includes rules and requirements, assessment tools to determine Virtual Office suitability, a cost analysis tool to effectively manage resources and building utilization, various support tools and documentation.

Policy and Procedure System contains the most current version of this writing. Uncontrolled when printed.

**Exhibit I, Page 9**

*BOEING*

*PROCEDURE PRO-497*

3. **Requirements**

This procedure applies to all segments of The Boeing Company. The Virtual Office Program's requirements established by this PRO will be implemented consistently across all Boeing organizations.

This procedure does not constitute a contract or contractual obligation or promise of specific treatment in a specific situation, and the Company reserves the right, in its sole discretion, to amend, modify, or discontinue its use without prior notice, notwithstanding any person's acts, omissions, or statements to the contrary.

Employees covered by a collective bargaining agreement will be governed by this procedure and the applicable agreement, with the terms of the agreement having precedence over this procedure.

A. All Virtual workers and Telecommuters must adhere to the Virtual Office Program requirements. The rules, procedures, and processes include but are not limited to: assessment tools, approval processes, training, transition procedures, and registration requirements.

B. Participation in the Virtual Office Program is situational and may change, depending on business needs. All virtual workers must have approval from their manager to participate in the Virtual Office and Telecommuter Program, and these arrangements must be renewed on an annual basis by registering in TotalAccess. Management approval can be revoked at any time for any reason.

C. The duties, obligations, responsibilities, and conditions of employment with the Company remain unchanged by the employee's Virtual worker or Telecommuter status. All employees shall follow their respective business unit processes or procedures to ensure compliance in their activities with local jurisdictional export laws and regulations. Noncompliance concerns or incidences are to be reported immediately to appropriate management, the Law Department, Ethics, or GTC.

D. Pay practices are not modified by this procedure. Any deviations from established Employee Timekeeping System (ETS) schedule must be approved by management in accordance with normal practices, Reference F, Company Procedure PRO-2106, "Employee Timekeeping System (ETS)."

E. The use of Virtual Office or Telecommuting arrangements for a reasonable accommodation related to a medical condition is not specifically covered under this procedure. Requests for reasonable accommodation due to a medical condition will be managed in accordance to PRO-784, "Reasonable Accommodation," and as outlined in site-specific procedures for accommodation.

Policy and Procedure System contains the most current version of this writing. Uncontrolled when printed.



*PROCEDURE PRO-497*

F. The employee is responsible for exercising due care and maintaining his/her premises, as used in conjunction with this program, free of obvious hazards.

G. Workers' compensation coverage will be determined in accordance with the industrial insurance and/or workers compensation laws of the state in which the employee works. If a workers compensation claim is filed for an incident occurring in the residence, the employee must make the site of the incident available to claim investigators.

H. The employee remains solely liable for injuries to members of his or her family and others who are on the employee's premises. The employee is not permitted to invite or have anyone on his or her premises for the purposes of conducting Boeing business. Residential safety practices are the employee's responsibility. Boeing safety information provided does not constitute a Boeing mandate or authority over employee household practices or layout. Exceptions to paragraph H are investigators (per paragraph G above) or multiple Boeing workers in a household.

I. Equipment standards are detailed in Section 4.C.8 and 4.C.9 of this document. Additional or non-standard residence office equipment needed to perform the work assignment requires approval of the employee's manager, per existing business processes. Managers should review the equipment needs annually and revalidate, modify, or terminate the requirements.

J. Employees may choose to work at their residence, with management approval. Employees may experience changes to personal tax liabilities and insurance. Compliance with tax and insurance laws and contracts are the responsibility of the employee. Employees are encouraged to consult with their personal tax and/or legal advisors.

K. At any time the participant's manager may direct employees to report to their on-site Boeing reporting location in accordance with PRO-33, "Business Travel and Business Expense Reimbursement," when work requirements demand on-site participation in meetings or group collaboration activities. Employees should anticipate the possibility of such an occurrence but managers should make a reasonable effort to maintain the Virtual Schedule work plan for which the participants have been approved.

L. As applicable, federal, state, and local laws will take precedence over this procedure.

M. Company business continuity and preparedness plans and recovery plans take precedence over this procedure. Reference PRO-6651, "Business Continuity Management."

Policy and Procedure System contains the most current version of this writing. Uncontrolled when printed.

Exhibit I, Page 11

N.   This procedure does not authorize United States based employees to work outside of the United States or accept registration in the Virtual Office program for that purpose.

O.   International Local Hire Employees (IHLEs) may participate in the Virtual Office program. All IHLEs shall obtain approval from their manager and Human Resources manager. In addition to requirements in clause 3.L, all IHLE Virtual Work Agreements are subject to company contracts and agreements with local jurisdictions and employment contracts.

4.   **Responsibilities**

A.   Enterprise Virtual Office Program (managed by Shared Services Group) will:

1.   Establish and maintain processes to implement Virtual Office within an organization.

2.   Establish, publish, and maintain guidelines, templates, and tools to ensure a consistent Virtual Office implementation within Boeing.

3.   Provide general information and consulting about the Company-wide Virtual Office Program.

4.   Provide a knowledge base of available internal and external Virtual Office resources.

5.   Provide a method for collecting and reporting information about Program participation.

6.   Engage and integrate technologies, initiatives, and processes that apply to a virtual work environment.

7.   Integrate ergonomic criteria into new or modified Hoteling Centers and mobile desk areas in accordance with PRO-1018, "Ergonomics."

8.   Site Services Site management is responsible for Virtual Office Hoteling Centers, including operating costs, daily management and non-recurring costs to their respective sites. These costs would be assumed in the site U&O pools and treated as "common non-assignable". Real Property Management is responsible for oversight of Hoteling Centers, including standard operating procedures and design criteria Hoteling Centers.

B.   Organizational management implementing Virtual Office and Telecommuting participation in their organizations will:

Policy and Procedure System contains the most current version of this writing. Uncontrolled when printed.



*PROCEDURE PRO-497*

    1. Review the Boeing Virtual Office Program resources and guidelines available for successfully transitioning to a virtual work environment.

    2. Publish organizational exceptions to the established guidelines for implementation of the organization's virtual work environment.

    3. Provide appropriate resources for the organizational transition to a virtual work environment.

    4. Ensure export and import processes, systems and tools are implemented to enable employee compliance with U.S. and local jurisdictional laws and regulations.

C. Line management in organizations that allow Virtual Office participation will:

    1. Review and use the Boeing Virtual Office procedures, guidelines, and resources established by the Enterprise Virtual Office Program (managed by Shared Services Group).

    2. Attend Virtual Office Program training as required.

    3. Establish a group focal to plan the organization's Virtual Office implementation.

    4. Communicate management's Virtual Office expectations by distributing published organizational exceptions to the established guidelines for implementation of the organization's virtual work environment (see 4.B.3 above).

    5. Review the Virtual Office Program registration documentation with each registered Virtual Worker or Telecommuter employee, addressing Work Location, duties, assignments, deliverables, and expected completion dates.

    6. Share expectations with registered Virtual Worker or Telecommuter employees regarding work shifts and schedules, work location, overtime, vacation, sick leave, etc., ensuring compliance with the relevant published Boeing procedures.

    7. Provide appropriate resources for the organizational transition to a virtual work environment, and on-going efforts to sustain and monitor organizational success. Resources will be acquired through normal business processes and meet Information Technology or other applicable architectural standards.

    8. Provide to Virtual Workers and Telecommuters Boeing-owned equipment or equivalent mobility tools acceptable to company and

Policy and Procedure System contains the most current version of this writing. Uncontrolled when printed.

Exhibit I, Page 13

    program security organizations. See the Virtual Office Program website for recommended mobility tools.

   9. Approve (or disapprove) Virtual Office arrangements and any future modifications as outlined. Approval shall be contingent on compliance with PRO-98, "Personal Information Protection and Privacy."

 D. Workers participating in a Virtual Office arrangement will:

   1. Complete all requirements published by the Company-wide Virtual Office Program.

   2. If intending to work from their residence, complete an ergonomics self-help checklist for their primary work location and make appropriate ergonomic adjustments as necessary.

   3. Keep workspaces free from hazards and other dangers, and utilize appropriate ergonomic equipment.

   4. Comply with all Company rules, policies, practices, and instructions regardless of work location. Maintain a professional and productive work environment when working from a residence.

   5. Comply with all Virtual Office Hoteling rules and procedures as required when using Company hoteling space.

   6. Comply with management decisions regarding participation in the Virtual Office and Telecommuting Program. Final approval of Virtual Office arrangements is at the sole discretion of management, will depend on the business needs in each specific case, and can be unilaterally withdrawn. Failure to comply with all Company rules, policies, practices, and instructions regardless of work location, may result in removal from the Virtual Office and Telecommuting Program and /or other appropriate corrective action.

   7. Regularly review, at least annually, management expectations relative to work shifts and schedules, work location, overtime, vacation, sick leave, etc., and ensure compliance with the relevant published Boeing procedures.

   8. Protect information in accordance with PRO-2227, "Information Protection."

   9. Follow computing and network standards and guidelines outlined in PRO-2227, "Information Protection."

Policy and Procedure System contains the most current version of this writing. Uncontrolled when printed.

*BOEING*

*PROCEDURE PRO-497*

---

10. Use Company resources only for the conduct of Boeing business. Any personal use must be within limitations described in Boeing procedure PRO-10, "Proper Use of Company, Customer, and Supplier Resources."

11. Protect export controlled technical data and information from release by adhering to the direction provided in PRO-2805, "Export and Import of Commodities, Software, Technology and Services", and PRO-6630, "Export Life Cycle for U.S. Export of Hardware, Software, Technology and Services."

5. **Resources**

   A. "Paid Time at Work," PRO-6912

   B. Paid Time Away From Work and Leave

      1. "Paid Time Away From Work," PRO-6652. Note: Specific reference to Virtual Office participants is made in the Paid Time Away From Work Business Process Guide, Section 8, regarding temporary plant closures.

      2. "Family and Medical Leave," PRO-783

6. **References**

   A. PRO-10, "Proper Use of Company, Customer, and Supplier Resources"

   B. PRO-33, "Business Travel and Business Expense Reimbursement"

   C. PRO-98, "Personal Information Protection and Privacy"

   D. PRO-784, "Reasonable Accommodation"

   E. PRO-1018, "Ergonomics"

   F. PRO-1909, "Administration of Employee Corrective Action"

   G. PRO-2106, "Employee Timekeeping System (ETS)"

   H. PRO-2227, "Information Protection"

Policy and Procedure System contains the most current version of this writing. Uncontrolled when printed.

Exhibit I, Page 15



*PROCEDURE PRO-497*

I. PRO-2805, "Export and Import of Commodities, Software, Technology and Services"

J. PRO-6630, "Export Life Cycle for U.S. Export of Hardware, Software, Technology and Services"

K. PRO-6651, "Business Continuity Management"

Policy and Procedure System contains the most current version of this writing. Uncontrolled when printed.