# Frequently Asked Questions
## Home Data Access (HDA) Transition from Boeing-paid to personal-paid services

### Updated December 18, 2009

NOTE: Please read all the FAQs listed here. If the answer you seek is not provided here, please contact the Enterprise Help Desk.

---

Click one of the following links to review related FAQ's:

Policies
Service Transition/Ordering
Help
Support Impacts
Transfer/Disconnect Procedures

- CenturyTel
- Charter
- AT&T Global DSL
- Verizon DSL
- AT&T DSL and/Telephone DSL
- Qwest Telephone
- Qwest DSL or ISDN
- Cox Communications
- Time-Warner
- Verizon Telephone
- Comcast

Submit a New Question

---

### Policies

Q1:   Why are we changing the HDA policy which provides Boeing-paid Internet access to virtual users?

Q2:   Does this policy change apply to all employee levels, including managers and executives?

Q3:   Does this policy change apply to all employees including those who are 100 percent virtual or on management approved Leave of Absence (LOA)?

Q4:   What services impacted by the policy change?

Q5:   Will there be exceptions for some groups?

Q6:   Can I expense the services using a BER?

Q7:   I have a Boeing-issued cell phone that I seldom use. Could I use my personal cell phone (for business calls) and return my Boeing device to save the company money?

Q8:   Are International HDA services included in this transition?

Q9:   Are employees who are represented by a union included in this transition?

**Q1: Why are we changing the HDA policy which provides Boeing-paid Internet access to virtual users?**

**A:** When HDA service was provided at company expense, most employees didn't have access. Today, most people have internet service (independent of work) for personal use like every other utility at home (electricity, gas, water). Boeing also examined other companies and found that none provide these services as a company expense. Therefore, it was decided that this policy change (as agreed to by Boeing Corporate) is an opportunity for Boeing to reduce costs.

All non-union Boeing employees, using Boeing-paid HDA services, were transitioned to personally paid accounts during October and November of 2009. Union-represented employees will be transitioned during December and January, 2010. There will be no exceptions except for people who fall under provisions of the Americans with Disabilities Act (ADA). See Q5 for more details on ADA. For international employees, see Q8 below.

**Q2: Does this policy change apply to all employee levels, including managers and executives?**

**A:** Yes – all employees, managers, and executives are included.

back to top

**Q3: Does this policy change apply to all employees including those who are 100 percent virtual or on management approved Leave of Absence (LOA)?**

**A:** Yes – all non-union employees, managers, and executives, including those who are 100 percent virtual or on LOAs are included in this policy change. People who are on LOA will be contacted about the change by their manager.

**Q4: What services are impacted by the policy change?**

**A:** The change impacts all Boeing-paid Home Data Access (HDA) service including Broadband, Home Business Phone Lines, and ISDN. Cell phones are not affected. Monitors, printer paper, and other supplies are paid for at the discretion of your manager.

back to top

**Q5: Will there be exceptions for the following groups:**
- Administration staff, which is required to be available 24x7?
- Virtual employees who work at home due to medical recommendations?
- Employees who are 100 percent virtual, having no assigned office space?
- Employees who do not reside near a Boeing facility?
- Employees who were asked to give up office space for cost savings, or lost their office space under organizational transitions?

**A:** There will be no exceptions. For people who fall under provisions of the Americans with Disabilities Act (ADA), it is suggested they visit Boeing's Enterprise Accommodations process at this site: http://insidees.web.boeing.com/AccomServ/template.asp?id=4760

The ADA approval process, for HDA services, can be found here: http://mobile.web.boeing.com/docs/ada_approval_process.doc

back to top

**Q6: Can I expense the services using a BER?**

**A:**  For U.S.-based employees (non-union and managers) who currently are expensing home internet services, including broadband (cable and DSL), ISDN, and home business phone lines, the last month of allowable expenses is November 2009. There are no exceptions to this policy.

As defined in PRO-6397,, it is the responsibility of all managers, who approve submitted expenses for the employee, to ensure submitted expenses are acceptable under current policy.  Home data internet and phone services will not be reimbursed after November 2009.  Additionally, the Finance organization will be auditing expense reports to ensure compliance.

Home data access guidelines for International employees are being developed based on International employment laws and regulations. Once guidelines are established, the policy for home data access will be implemented as a second phase of this policy change.

**Q7: I have a Boeing-issued cell phone that I seldom use.  Could I use my personal cell phone (for business calls) and return my Boeing device to save the company money?**

**A:**  Yes.  It's the individual's choice however (not mandatory) to return infrequently used Boeing-provided cell phones and use their personal phone for business.  A Business Expense Report (BER) for business charges on the personal cell phone can be submitted based on organization policy/guidelines.

**Q8: Are International HDA services included in this transition?**

**A:**  Home Data Access guidelines for International Employees are being developed based on International employment laws and regulations. Once guidelines are established, the policy for home data access will be implemented as a second phase of this policy change.

**Q9: Are employees who are represented by a union included in this transition?**

**A:**  Yes, Boeing reached an agreement with the unions representing those employees (in November, 2009) with HDA services.  Union-represented employees will be transitioned in December, 2009 and January, 2010.  They will be receiving detailed instructions on how to transition those services (to personal pay or to disconnect) beginning the week of December 7th.

back to top

## Service Transition/Ordering

**NOTE: Boeing works with 13+ vendors who provide various Home Data Access services to employees. We've tried to address as many service transition/ordering questions as we can but the answers do vary by specific vendor.**

Q10:   What is the mandatory transition date?
Q11:   When will I be contacted on how to transfer/disconnect my service?
Q12:   We've been told that this transition must be completed in a certain amount of time. We were also sent a note telling us to wait for further instructions.
Q13:   What are my options?
Q14:   What are the impacts to me by switching to a residential plan?
Q15:   What type of service do you recommend?  Residential or business grade service like Comcast's "Telecommuter"?
Q16:   Is it acceptable to use residential grade ISP service with a VPN connection into the Boeing network?
Q17:   Will employees be able to obtain the same level of service (business class) as we had with the Boeing program? Many employees have voiced a concern that we will have cheaper, slower service.
Q18:   Will employees be required to have a have a certain level of service for Cable, Digital Subscriber Line (DSL), specific download speed, or use a free ISP? Many employees have voiced a concern that employees will select slower service to save money, and therefore, waste time or not be able to perform their job.
Q19:   Will Boeing notify the ISP or is it the employee's responsibility?
Q20:   Do the ISPs know this is happening? Are they prepared to support the transition?
Q21:   Do we have adequate office space available for those who do not want to pay for their own cable?
Q22:   What are the security risks created by employees obtaining non-standard Internet service?
Q23:   Will there be an outage (time without service) during which the account is transferred?
Q24:   Who do we contact to resolve problems? Will the EHD provide support for problems encountered during the transition?
Q25:   When will the first bill come to me?
Q25a: My first bill came to me from Charter.  It seems rather large with three months of service on it.  Is that correct?
Q26:   How do we find out how much Boeing is paying for our service? Will we pay the same amount?
Q27:   What about "bundled" services? How can Internet be added to what we already have?
Q28:   Will we qualify for "new customer" discounts for taking over payment?
Q29:   Will the employees be charged any disconnection, transfer, or signup fees?
Q30:   Can we use air cards instead of broadband when working from home?
Q31:   Will there be a Boeing "preferred' or "avoid" list of providers to choose from including rates and discounts?
Q32:   What are the things I should think about when evaluating the alternative plans offered by my ISP?
Q33:   Will personal discounts be available from any of our vendors?
Q34:   Will there be a process or will I just get a bill? Can I bundle my Comcast services for a reduced price (TV, Internet, etc)
Q35:   I selected the "transferring billing to Boeing" by mistake in the HDA tool and got an error message.
Q36:   What is Mbps?
Q37:   What is a MB?

Q38:   I have a DSL line and Business Line on a package. Will I have to disconnect or transition both?
Q39:   I have a Boeing-paid phone line. What are my options to replace that service?
Q40:   If I can get a better residential package from a satellite company, should I use a satellite to Boeing?
Q41:   I have decided to transfer my broadband service to personal-pay, what should I do with the modem?
Q42:   I have decided to disconnect my broadband service completely, what should I do with the modem?
Q43:   When I transfer my Boeing-paid account, to personal-pay, what happens to my e-mail accounts?
Q44:   If I disconnect my broadband service completely and go with another vendor, what happens to my previous personal e-mail accounts?
Q45:   I have Boeing-provided router (i.e. Linksys). What should I do with the router I when I transfer to personal-pay?
Q46:   Will Boeing provide routers (i.e. Linksys) to employees?
Q47:   Can I keep the same phone number (business line) when I transition to a residential plan?
Q48:   I have a Boeing-provided Cisco VoIP phone for the Enterprise Class Teleworker Service.  Will this phone service be transitioned to personal-pay too?
Q49:   What level of Internet service does Boeing currently have with Cox? It would help in ordering to get a similar package on a residential plan.
Q50:   When will we be notified with our instructions?
Q51:   Do I have to buy a business grade service from the vendor as they are very expensive?
Q52:   Can I use my company-provided calling card when working from home?
Q53:   Comcast is asking me to turn-off my firewall and anti-virus software to install their software on my Boeing laptop.  Am I allowed to do that?
Q54:   When accessing the HDA tool to transfer/disconnect my FBL billing, the number listed is not the home FBL phone number. It's a Boeing desk (on campus) or cell phone number
Q55:   I placed my order per the instructions but I've not heard back from Comcast.  Will my service be disconnected before the transfer is completed?
Q56:   Can I disconnect my Comcast service through one of their local offices?
Q57:   Will Boeing assist if I have problems with my Internet provider service, billing issues or contract terms after the transition is completed?
Q58:   I have Comcast, can I order their "Triple Play" package (voice, TV, and internet) and have the internet portion paid by Boeing?
Q58a:  How will Boeing protect my privacy through this transition?
Q58b:  Can I port my existing phone numbers to a new supplier/vendor? And, for such offerings as bundled services (i.e. VoIP, cable, phone)?
Q58c:  I am experiencing much slower speeds since I moved my service to a personal pay plan with my provider.  What are my options?.

## Q10: What is the mandatory transition date?

**A:** For union-represented employees, services need to be transitioned by January 18, 2010 or a disconnect order will be submitted to the vendor. All non-union employee transitions were completed in November 2009 (disconnect notification submitted to vendor: 11/11/2009).

back to top

Exhibit J, Page 21

**Q11: When will I be contacted on how to transfer/disconnect my service?**
**A:** Affected Boeing union employees, with Boeing paid HDA services, will be contacted
directly the week of December 7, 2009 with individual options on how to transition their
service to personal-pay, purchase alternate product offerings, or disconnect completely.

**Q12: We've been told that this transition must be done within a certain amount of
time. We were also sent a note telling us to wait for further instructions.  I fear I
will lose connectivity or get a plan that I do not want nor can be transferred.**
**A:** Boeing is working with all our vendors and making every effort to ensure this transition
goes smoothly and as quickly possible without loss of service. You will be contacted the
week of December 7th.

**Q13: What are my options?**
**A:** Options include transitioning existing service, purchasing alternative product offerings,
or disconnecting service.

back to top

**Q14: What are the impacts to me by switching to a residential plan?**
  **A:** Broadband Internet service offerings have contracts defining the terms and
conditions that subscribers must agree to abide by and sign.  This includes provisions for
charges and billing, equipment provisioning, and other important information to read
and understand before signing.

The contracts normally include an 'Acceptable User Policy' (AUP) detailing the ways in
which the network may be used.  The AUP discloses what constitutes unacceptable
conduct and uses of a service.  Provisions may include restrictions such as a data limit
threshold per month.  These can also define what sanctions might be applied if a user
violates the AUP.

The contract provisions vary by supplier.  Some suppliers make a point of differentiating
"business grade" and their "residential" service plans. Others do not make such a
distinction.  It is the responsibility of the user to read the contract(s) offered, analyze
any AUP provisions and select the package that best meets your personal/business use,
communication needs and affordability.

**Q15: What type of service do you recommend?  Residential or business grade
service like Comcast's "Telecommuter"?**
  **A:** Boeing cannot recommend any packages or services from any vendor.  It is
suggested that you read the "terms and conditions" of each service and make your
decision accordingly.  As described in question #14, residential packages do have
provisions for acceptable use.

back to top

**Q16: Is it acceptable to use residential grade ISP service with a VPN connection
into the Boeing network?**

**A:** As indicated above, the "acceptable use policies" vary from vendor to vendor. Please check with your provider before signing up for services.

**Q17: Will employees be able to obtain the same level of service (business class) as we had with the Boeing program? Many employees have voiced a concern that we will have cheaper, slower service.**
**A:** Some of the vendors are providing comparable "business grade" packages. Instructions for selecting a service will be provided in an e-mail to employees.

back to top

**Q18: Will employees be required to have a certain level of service for Cable, Digital Subscriber Line (DSL), specific download speed, or use a free ISP? Many employees have voiced a concern that employees will select slower service to save money, and therefore, waste time or not be able to perform their job.**
**A:** The only requirement is for employees to transition off company-paid service; options will be provided in an e-mail to employees.

**Q19: Will Boeing notify the ISP or is it the employee's responsibility?**
**A:** Employees will receive an e-mail with instructions.

back to top

**Q20: Do the ISPs know this is happening? Are they prepared to support the transition?**
**A:** We are working with the ISPs to ensure a smooth transition.

**\*\***

**Q21: Do we have adequate office space available for those who do not want to pay for their own cable?**
**A:** Yes, office space should be available in most locations. Contact your manager to request space in a Boeing-owned or leased facility.

**\*\***

back to top

**Q22: What are the security risks created by employees obtaining non-standard Internet service?**
**A:** None. To access Boeing, employees will still need to use Boeing's standard Virtual Private Network to access services from an outside Internet Service Provider.

**Q23: Will there be an outage (time without service) during which the account is transferred?**
**A:** If all transfer instructions are followed, employees using a comparable service should not see any significant outages. However, if you decide to discontinue your current service and go with a new provider that will depend on the package.

back to top

**Q24: Who do we contact to resolve problems? Will the EHD provide support for problems encountered during the transition?**
**A:** Check this FAQ site and if the answer is not there, please contact the EHD.

**Q25: When will the first bill come to me?**

**A:** This depends on the service provider and your individual plan. It is important to contact your provider (directly) to find status on your billing transfer and when your first bill should be expected.

**Q25a: My first bill came to me from Charter. It seems rather large with three months of service on it. Is that correct?**
**A:** No, there was a billing error with a new system that was recently implemented at Charter. It should only contain two months of service (first and last). Please call Charter directly and they will correct your statement. You also can contact the person (from Charter) who sent you your service contract and they can also rectify this billing error for you.

**Q26: How do we find out how much Boeing is paying for our service? Will we pay the same amount?**
**A:** Some of our vendors are providing equivalent service packages and a comparable rate.

back to top

**Q27: What about "bundled" services? How can Internet be added to what we already have?**
**A:** Comcast is proposing a bundled "business grade" solution but the answer will largely depend on the vendor you select and the commensurate package.

**Q28: Will we qualify for "new customer" discounts for taking over payment?**
**A:** It will largely depend on the vendor you select and the commensurate package.

back to top

**Q29: Will the employees be charged any disconnection, transfer, or signup fees?**
**A:** All disconnection fees will be paid for by Boeing. As far as transfer or new customer signups, we are working this issue and it will be provided in the instructions sent to you directly. It will depend on the vendor you select and the commensurate package.

**Q30: Can we use air cards instead of broadband when working from home?**
**A:** Air cards should be reviewed for appropriate use and not be ordered as a substitute for paid Internet access. If you have a genuine business need for an air card, you will need director-level approval for Boeing-IT employees.

back to top

**Q31: Will there be a Boeing "preferred' or "avoid" list of providers to choose from including rates and discounts?**
**A:** No, Boeing cannot recommend or endorse these vendors or their services. In the event those services are not acceptable, nor affordable, the employee is responsible to make their own arrangements with a vendor or choose to relocate to a Boeing building.

back to top

**Q32: What are the things I should think about when evaluating the alternative plans offered by my ISP?**

**A:** Employees are encouraged to shop around for Internet providers and packages that best
meet their needs and affordability. It is at the employee's discretion to use these
services. These considerations may help to make a good purchase decision:
- Service speed (uplink and downlink)
- Network latency
- Contract terms & conditions (read the fine print)
- Length of service commitment
- Acceptable Use Policy (data threshold limits)
- Costs, including monthly fees, installation, equipment, taxes, other fees, and any
maintenance surcharges
- Timeframe for installation to occur after ordering
  How long after installation to startup

back to top

**Q33: Will personal discounts be available from any of our vendors?**
**A:** No. Comcast is working to create a new commercial "Telecommuter" service that is
comparable in price to residential packages.

**Q34: Will there be a process or will I just get a bill? Can I bundle my Comcast
services for a reduced price (TV, Internet, etc)**
**A:** You will get detailed instructions. Depending on the vendor, you have the option to
disconnect the Boeing-paid account and add Internet to your home package.

**Q35: I selected the "transferring billing to Boeing" by mistake in the HDA tool and
got an error message.**
A: Further down the menu there is a menu selection that says "Disconnect an existing
service or transfer billing to employee" which will work for IT employees.

back to top

**Q36: What is Mbps?**
**A:** Mbps is defined as millions of bits per second or megabits per second. It is a unit of
measure for network bandwidth.
Consider this when shopping for an Internet package. It is an important detail to pay
attention to as it denotes the speed of the package. The speed will be listed either in
Kbps or Mbps.

Mbps is faster than Kbps (thousands of bits per second or kilobits per second). For
example:
- Dial-up over a telephone line is typically 56Kbps or slower.
- DSL has previously been 192Kbps or slower (but higher speed DSL is starting to
become available by Internet providers and is
 worthy of consideration where offered).
- Cable broadband can be found in various speeds but a typical offering is 10Mbps or
16Mbps.
Note: Broadband services will typically be offered in terms of downlink and uplink speeds,
so pay attention to both. A service of 16Mbps/2Mbps offers a downlink speed significantly
higher than the uplink.

**Q37: What is a MB?**

**A:** A MB or a megabyte is a unit of computer storage equal to one million bytes. It is commonly abbreviated as MB - not to be confused with Mb or megabits.

The term megabyte or MB might be a consideration if you plan on creating your own Web page or for personal e-mail storage offered on a service plan.

<u>back to top</u>

**Q38: I have a DSL line and Business Line on a package. Will I have to disconnect or transition both?**

**A:** It depends on the specific vendor. Those options will be provided in your detailed instructions. In most cases, both will need to be transitioned or disconnected, and payment for both services must be made by the employee.

**Q39: I have a Boeing-paid phone line. What are my options to replace that service?**

**A:** You can request an additional line (or service) for your home telephone that can be used solely for Boeing business. Also, users can always use their company-issued cell phone as all calls to all our audio conferencing numbers, to other cell phones, and Boeing phone numbers are free of charge.

<u>back to top</u>

**Q40: If I can get a better residential package from a satellite company, should I use a satellite to Boeing?**

A: Internet access via a satellite provider is the broadband solution of last resort and should only be considered when no other coverage is available in your area.

There are several factors to consider before purchasing services from a satellite provider such as WildBlue or Hughes. Application performance over this high latency network can be problematic. In addition, provisioning, care, and maintenance of satellite services are more complex than other network services requiring additional user involvement, expertise, and patience.

Careful research and analysis is advised when considering a service of this type especially for conducting Boeing-related business.

**Q41: I have decided to transfer my broadband service to personal-pay, what should I do with the modem?**

| | |
|---|---|
| A: Comcast: | You can use the same modem for your residential plan.  For the "Triple Play" package, a new modem will need to be installed. |
| Charter: | You can use the same modem provided you (under the Boeing-paid plan) for your personal-paid plan |
| Cox: | You can use the same modem provided you (under the Boeing-paid plan) for your personal-paid plan |
| Time-Warner: | You can use the same modem for your residential plan |
| CenturyTel: | You can use the same modem provided you (under the Boeing-paid plan) for your personal-paid plan |
| AT&T (DSL): | You can use the same modem provided you (under the Boeing-paid plan) for your personal-paid plan |

| | |
|---|---|
| Verizon: | You can use the same modem provided you (under the Boeing-paid plan) for your personal-paid plan |
| Qwest: | You can use the same modem provided you (under the Boeing-paid plan) for your personal-paid plan |
| Other: | |

back to top

## Q42: I have decided to disconnect my broadband service completely, what should I do with the modem?

| | |
|---|---|
| A: Comcast: | You need to return the modem to the nearest Comcast office. See instructions in the Comcast section below. |
| Charter: | The business-class modem you are currently using must be returned to the nearest Charter office within 30 days to avoid any unreturned equipment charges. |
| Cox: | The business-class modem you are currently using does not need to be returned. |
| Time-Warner: | You need to return the modem to the nearest Time-Warner office. See instructions in the Time-Warner section below. |
| CenturyTel: | You do not have to return your modem to CenturyTel |
| AT&T (DSL): | - SDSL service is "Business" grade, the modem is leased, and will need to be returned. (Business grade speeds: 144.0/144.0). Users will receive an email from AT&T with return instructions in about a week. Once the disconnect request has been submitted, AT&T will send you an email with shipping instructions. The modem can be shipped for free from any Boeing lobby that is staffed and accepts FedEx or UPS packages. |
| | - ADSL service is considered "Economy" grade, the modem is purchased, and does NOT need to be returned. (Economy speeds: 1.5/384.0). |
| Verizon: | The DSL modem has been purchased and does not need to be returned. |
| Qwest: | The DSL modem has been purchased and does not need to be returned. |
| Other: | |

## Q43: When I transfer my Boeing-paid account, to personal-pay, what happens to my e-mail accounts?

**A:** In most all cases, those e-mail accounts will be transferred along with the billing. If there are any specific vendors that do not allow transference, those instructions will be provided in your detailed instructions.

In the case of Charter subscribers, who wish to transfer to a residential plan (from commercial grade), your existing email addresses will be lost. Users will need to contact Charter about getting new email addresses under the residential plan.

back to top

## Q44: If I disconnect my broadband service completely and go with another vendor, what happens to my previous personal e-mail accounts?

**A:** In most all cases, those e-mail accounts will be terminated and will have to be re-established with the new vendor. If there is any way those could be kept, they'll be provided in your detailed instructions.

**Q45: I have Boeing-provided router (i.e. Linksys). What should I do with the
router I when I transfer to personal-pay?**
**A:** These are considered Low Value Assets (LVAs) and can be kept and used with your
personal-pay service for Boeing business. If you move to another organization it may
have to be returned to the purchasing organization. If you leave the company, those
assets will be returned to the company.

**Q46: Will Boeing provide routers (i.e. Linksys) to employees?**
**A:** Boeing will no longer provide routers to any employees who work virtual or who are
telecommuters.

**Q47: Can I keep the same phone number (business line) when I transition to a
residential plan?**
**A:** Yes, in most all cases our vendors will transfer the phone number along with the billing.

**Q48:  I have a Boeing-provided Cisco VoIP phone for the Enterprise Class
Teleworker Service.  Will this phone service be transitioned to personal-pay too?**
**A:** At this time, these phones are NOT included in this transition and you can keep and
continue to use them.  We've been asked, however, to assess the costs of continuing to
provide these phones in the future.  The cost is the initial purchase of equipment (no
other fees monthly) but we still need to review these costs too and determine if there
may be a more cost effective way of providing this service or if in certain situations the
use of VOIP is needed and appropriate.

**Q49:  What level of Internet service does Boeing currently have with Cox? It
would help in ordering to get a similar package on a residential plan.**
**A:** The Boeing-paid service with Cox is called "Preferred". This is the grade virtual workers
will need as it will allows them to download e-mails with attachments.

**Q50:  When will we be notified with our instructions?**
**A:** All impacted employees will receive instructions (via email) immediately following the
note sent describing the policy change from Boeing-paid to personal-pay.  First
notification (with instructions) scheduled for the week of October 12th, 2009.

**Q51:  Do I have to buy a business grade service from the vendor as they are very
expensive?**
**A:** No, you can work directly with the vendor to find a suitable service / bundled packages
that best fits your needs.  That decision is between you and the appropriate vendor.  Be
sure to check their "Acceptable Use Policies" to make sure that a less expensive
residential plan will work when using it as a 100% virtual employee. See Question #13.

**Q52:  Can I use my company-provided calling card when working from home?**
**A:** No, calling cards are intended for employees who travel outside the United States and
will not have cell phone service in those countries.  These cards do incur costs to Boeing.
Users are advised to switch their Boeing-paid home business lines to personal-pay or
find service from another vendor.  Cell phones are also an option as these devices do
not incur any costs when calling Boeing phone numbers or audio conferencing numbers.


**Q53:  My vendor (i.e. Comcast) is asking me to turn-off my firewall and anti-virus
software to install their software on my Boeing laptop.  Am I allowed to do that?**

**A:** NO, turning off the firewall and anti-virus software, and loading non-Boeing software, is NOT permitted.  It is a violation of computing security policies.

**Q54:  When accessing the HDA tool to transfer/disconnect my FBL billing, the number listed is not the home FBL phone number. It's a Boeing desk (on campus) or cell phone number**
**A:** The phone number listed in the HDA tool is the person's office desk/cell phone number (listed in Total Access) at the time the request was placed. You can continue your disconnect/transfer process as it will execute an order on your home FBL.  Office and cell phone lines cannot be disconnected or changed using this tool (different process).

**Q55:  I placed my order per the instructions but I've not heard back from Comcast. Will my service be disconnected before the transfer is completed?**
**A:** No, your service will not be disconnected if an order is submitted by the date indicated in the email communications to you.  There could be a backlog of orders at Comcast but sufficient time has been allocated to process these thus avoiding any loss of service.

**Q56: Can I disconnect my Comcast service through one of their local offices?**
**A:** Yes. If an end user disconnects their Boeing paid service through the local office, it will only be physically disconnected and the billing will still be submitted to Boeing.  These local offices do not have visibility of billing for commercial accounts, only residential. Boeing-IT users who go this route, are asked to also submit a cancel/disconnect order through the Comcast site or to GRP HDA Update to stop billing to Boeing until all accounts are terminated at the end of this transition effort.

**Q57 Will Boeing assist if I have problems with my Internet provider service, billing issues or contract terms after the transition is completed?**
A:  No, the contract is between you and your service provider.   You should receive a billing statement shortly after the service transfer is completed.  If you don't receive a billing statement within 2 weeks, then contact your supplier directly.  Also, many suppliers offer online web account management.  It is recommended that you sign-up to manage your Internet service account online as these websites typically allow you to view your current billing statement, choose payment and statement options, and provide other pertinent information related to your service.

**Q58 I have Comcast, can I order their "Triple Play" package (voice, TV, and internet) and have the internet portion paid by Boeing?**
A:  No, the "Triple Play" is a residential package and cannot be combined with a business grade plan.  If you order this package, you will have to pay for the internet portion personally.  If you choose to go with this residential package, please let Boeing know so we can cancel your Boeing-paid business grade service.  Contact:  GRP HDA Update

**Q58a: How will Boeing protect my privacy through this transition?**
A:  Boeing has instructed vendors not to market directly to Boeing employees. Your name and address information is already on record with your service provider but they are not allowed under their Boeing contract to use your personal information as a sales contact list.

**Q58b: Can I port my existing phone numbers to a new supplier/vendor? And, for such offerings as bundled services (i.e. VoIP, cable, phone)?**
A:  Yes*. Be aware that when a person ports a number, the new supplier contacts the providing supplier (or Telco) and submits a porting document.  This porting document is

authorization for the new supplier to "take or assume" this service and number away from the existing carrier and become the new provider of record.  This can take anywhere from 48 hours to 30 days. *NOTE:  Some vendors will not allow porting when Boeing is the owner of the service.  Porting will then need to be done AFTER the transition to employee.

**The end user needs to let Boeing know that the number is being ported so we can disconnect service in our system.**  Please send an email to: GRP HDA Update stating that you intend to port the number to the vendor. Otherwise, Boeing will not know to transfer/disconnect the service as the existing supplier will report that it has either already been disconnected, no current record for that number,  or it is in the process of being ported.

**Important:** The end user needs to be aware that once a porting document is submitted and accepted, that dial tone may be gone at any time.  This has left some users without service prior to the new service being installed.

**Q58c: I am experiencing much slower speeds since I moved my service to a personal pay plan with my provider.  What are my options?.**
A:  Most Internet Service Providers (ISP), offer a best effort level of service with no guarantees in terms of performance. The service is still "acceptable" for business use. Note that certain latency sensitive applications are problematic or inoperable due to the higher latency.  For example, one supplier is routing traffic via their internal network to California. This increases the network latency as some employees have reported using connect.boeing.com.

If your current internet service isn't acceptable, then another option is to find a network provider with lower latency to Boeing. Check with your local telephone company and compare DSL service plans with cable. Maybe they have direct or better network peering to AT&T (primary carrier for Boeing services) and a package with adequate bandwidth to address your needs. Hopefully, there will be increased competition from other providers such as wireless or enhanced DSL in the future. If no solution can be found then your virtual work arrangement may need to be reevaluated.

back to top

---

## Support Impacts

Q59    Production Support Impacts - If I now have to come into a Boeing location in order to provide production support, will I be paid the 4-hour minimum and are SLAs aware of the longer time required for initial response (getting into work may take up to 2 hours just to get in and online, then begin diagnosing and fixing).

Q60    If I get my own personal Internet access, it may not be sufficient to use for working from home and supporting my teams? What do I do?

Q61    What are my other options for effectively supporting my customers?

**Q59    Production Support Impacts – If I now have to come into a Boeing location
in order to provide production support, will I be paid the 4-hour minimum and are
SLAs aware of the longer time required for initial response (getting into work may
take up to 2 hours just to get in and online, then begin diagnosing and fixing).**
**A:** This is based on your manager's discretion and on your customers' needs. Employees
are expected to provide high-quality, professional service regardless of the effort it
requires. If it requires being onsite at a Boeing facility to obtain the faster speed you
need to provide the highest level of service, space will be provided for you.

**Q60 If get my own personal Internet access, it may not be sufficient to use for
working from home and supporting my teams? What do I do?**
**A:** The employee must determine the support necessary to properly support their
customers. If they are working from home, they might consider purchasing a higher-
speed package from a vendor. Boeing is working with all our vendors to achieve
comparable packages to what we currently have. Unfortunately, due to cost-cutting
measures, the company will no longer pay for such services and employees will have to
decide if driving in to a Boeing facility will offer better support than from an employee-
purchased plan.

**Q61What are my other options for effectively supporting my customers?**
**A:** Eligible employees may elect to "flex" their time in order to make up hours later in the
same pay period or work from a different Boeing location (both require management
approval).

back to top

---

Help

Q62:   I am having problems with the transfer or disconnect of my service, whom should I
       contact?
Q63:   I transferred my service to a personal-pay plan with my vendor. I am having access
       problems. Whom should I contact?
Q64:   What about vendor customer support. When the system goes down, will the
       response and help for personal Internet access be as good/fast as going through the
       Boeing EHD?
Q65:   What are the other impacts that may cause me problems?
Q66:   My service has been disconnected, what do I do?
Q67:   I ordered the residential Comcast service and my service appears to have been
       disconnected.  What should I do?
Q68:   Who do I contact to resolve problems with my broadband Internet service after the
       transition?
Q69:   I started receiving general information emails from my Internet network supplier.  I
       consider these emails to be spam.  What can be done to stop getting these emails?

**Q62: I am having problems with the transfer or disconnect of my service, whom
should I contact?**
**A:** Please check the FAQs. If that does not provide sufficient help, please call the Boeing
Enterprise Help Desk (EHD) or the vendor directly.

**Q63: I transferred my service to a personal-pay plan with my vendor. I am having access problems. Whom should I contact?**
**A:** If it is connectivity issue (no Internet access at all), please contact the vendor directly. If it is a performance or Boeing access problem, please contact the Boeing EHD.

**Q64: What about vendor customer support. When the system goes down, will the response and help for personal Internet access be as good/fast as going through the Boeing EHD?**
**A.** Comcast and Charter are our largest Internet providers and they are working to provide a "business grade" service offering that is significantly above a "residential" package. Most connectivity issues will be handled by the vendor help desk but performance and application problems will still be handled by the Boeing EHD.

**Q65: What are the other impacts that may cause me problems?**
**A:** Employees who do not respond promptly to e-mail instructions may lose connectivity. FBL users may need to use their company-issued cell phones while their lines are transitioned. They may experience poor reception in some service areas. In those cases, it is recommended that they come to a Boeing facility.

**Q66: My service has been disconnected, what do I do?**
**A:** All impacted employees received four notices stating that if they did not take any action, to transition to personal-pay, that the service will be disconnected.  If this disconnection is part of this HDA transition effort, employees must contact their specific vendor for service restoration.  The Boeing-paid account has been closed, however, so if restoration is possible, the employee will be responsible for payment.

**Q67:  I ordered the residential Comcast service and my service appears to have been disconnected.  What should I do?**
**A:** Changing to the Comcast residential service will require a reconfiguration of the cable modem in your residence, adjusting to the 12/2 speed.  This is done over the network by Comcast.  Your service may stop working as a result.  Try unplugging your cable modem from AC power, wait 2 minutes and plug it back in.  Please contact Comcast for assistance if this does not fix the problem.

**Q68: Who do I contact to resolve problems with my broadband Internet service after the transition?**
A:  The EHD will continue to provide support for Boeing PC related problems.  But please contact your supplier directly for all network related questions and problems.

**Q69:  I started receiving general information emails from my Internet network supplier.  I consider these emails to be spam.  What can be done to stop getting these emails?**
A:   These emails typically include a web link to unsubscribe.  Look for it at the end of the message and follow the link to remove yourself from their mailing list.

back to top

---

## Transfer/Disconnect Procedures

---

## CenturyTel

Transfer/Disconnect of all CenturyTel services will be a manual process and may not be submitted through the HDA website. Here's what you need to do:

1)  If you would like to transfer ANY or ALL of the billing to yourself, please REPLY to: GRP HDA Update (coming 10/12/09) and a Transfer Request form (from CenturyTel) will be requested by Boeing.

- It will be signed (by Boeing) and sent to you through interoffice mail unless you have a fax number that goes directly into your e-mail (forms contain personal information).
- The completed form must then be signed by you and faxed directly to CenturyTel with the fax number provided on the form.

If you had a business phone line installed with DSL service and have decided that you will no longer need the additional phone service but would like to keep the DSL, a solution may be available to you. If you do not have DSL service on your existing residential line, you will need to indicate on the bottom of the transfer form that you would like the DSL service moved to residential phone number XXX-XXX-XXXX and then have the business phone number XXX-XXX-XXXX disconnected.

2)  If you would like the service(s) disconnected completed, please REPLY to this e-mail and a disconnect order will be sent directly to CenturyTel.

\*\*
**As a Boeing employee, if you not wish to pay for HDA services yourself, you are encouraged to work with your manager to return to a Boeing site.**
\*\*

Modem return policy:
If you are transferring your service, you can use your existing modem.  For disconnects, you are not required to return the modem.

It is strongly recommended that employees read and understand all the "terms and conditions" of the vendor contract before signing.

Disclaimer: All Boeing employees are solely responsible for negotiating service contracts with providers and complying with the terms therein. Boeing makes no claim or representation regarding, and accepts no responsibility for, the quality, content, nature or reliability of third-party sites accessible by hyperlinks from this communication. The third-party linked sites are not under the control of Boeing and Boeing is not responsible for the content of any third-party linked site or any link contained in a third-party linked site, or any review, changes or updates to such sites. Boeing is providing these links to you only as a convenience, and the inclusion of any link does not imply affiliation, endorsement, or adoption by Boeing of the site or any information contained therein. When visiting these third-party linked sites, you should be aware that Boeing's terms and policies no longer govern, and, therefore, you should review the applicable terms and policies, including privacy and data gathering practices, of that site.

For residential services and pricing, please check these vendor websites in your region:
Century Tel:  http://www.centurytel.com/Pages/Homepage/homepageLanding.jsp

NOTE: Boeing does not provide an employee discount for any CenturyTel services at this time.
NOTE: Boeing provided Cisco VoIP telephones provisioned under the Enterprise Class Teleworker (ECT) service are not included in this HDA transition effort.

back to top

---

## Charter

Charter is offering a commercial level Business Internet Access service at the special individual teleworker rate of $47.99 per month.  You will be able to retain the speed of 5Mbps download and

512Kbps upload and continue to have access to the same Charter Business customer support which is available 24/7/365. This special rate is available only for a limited time* and you will need to electronically execute a Charter Business commercial service agreement.  Here's what you need to do:

To TRANSFER the Charter Internet billing to you on a personal-pay basis:

1.   To transfer your billing without any interruption of service to an individual business account, please call the Charter Business Client Services team at:  888-833-4292.

   • Please make sure you have your account number (your home phone number or address) and give it to the Client Services representative. To take advantage of this offer you must call by 11/11/09*.
   • Once you make the call to Charter Business Client Services, Charter will then send an electronic Service Agreement and you will be required to execute the Service Agreement in order to receive the Charter Business Internet Access Service.

If you are continuing your service with Charter, you can keep your existing email addresses.  For disconnects, you will be required to establish new personal email addresses with your new provider.

To DISCONNECT your Charter Internet service completely:

   1)  Please use this site:
       http://triffid.ns.cs.boeing.com:3010/eras/do?event=HDAMAINMENU&security=1

and select:  "Disconnect an existing service or Transfer Billing to Employee" option to disconnect.

If you choose to transfer the charges to yourself, the account will be placed in your name two weeks after you receive your confirmation notice (via email).

If a request for your Boeing provided Charter Internet service is not submitted by 11/11/2009, your service will be automatically disconnected by the vendor.

**   **As a Boeing employee, if you not wish to pay for HDA services yourself, you are encouraged to work with your manager to return to a Boeing site.**   **

Modem return policy:
If you choose to continue receiving Charter Business service, you can continue to use your existing modem. If you decide to disconnect your Charter service, the business-class modem you are currently using must be returned to the nearest Charter office within 30 days to avoid any unreturned equipment charges.

*NOTES: [1] You will be required to execute a commercial service agreement in order to receive the Charter Business Internet Access Service.  Charter reserves the right to reject service at its sole discretion and to confirm with Boeing that requester is a current Boeing employee. [2] Internet access, Video, Music and Telephone Services are also available to you at residential rates.  Residential and commercial services prices support and features may vary.
*Offer expires 11/11/2009 (extended from 10/23/2009) and is only available to Boeing Inc. Work-At-Home employees subscribing to Charter Business High-Speed Internet, up to 5Mbps, for a 12 month term. Higher speeds available for an additional fee. Offer cannot be combined with any other promotions. All services not available in all areas. All services provided are subject to the terms of the applicable tariff/subscriber's agreement and are subject to change. Internet speeds may vary. Taxes, installation, surcharges, and other fees may apply. 9/09.

NOTE: During the service installation process, the vendor may ask you to disable your firewall and anti-virus software to install their software.  UNDER NO CIRCUMSTANCES are you to disable these security features and allow unauthorized software downloaded on to your Boeing-provided workstation.  Ignore these vendor instructions as this is considered a violation of Boeing security policies.

It is strongly recommended that employees read and understand all the "terms and conditions" of the vendor contract before signing.

Disclaimer: All Boeing employees are solely responsible for negotiating service contracts with providers and complying with the terms therein. Boeing makes no claim or representation regarding, and accepts no responsibility for, the quality, content, nature or reliability of third-party sites accessible by hyperlinks from this communication. The third-party linked sites are not under the control of Boeing and Boeing is not responsible for the content of any third-party linked site or any link contained in a third-party linked site, or any review, changes or updates to such sites. Boeing is providing these links to you only as a convenience, and the inclusion of any link does not imply affiliation, endorsement, or adoption by Boeing of the site or any information contained therein. When visiting these third-party linked sites, you should be aware that Boeing's terms and policies no longer govern, and, therefore, you should review the applicable terms and policies, including privacy and data gathering practices, of that site.

If you are transferring your service (i.e. continuing service), you can keep your existing email addresses. For disconnects, you will be required to establish new personal email addresses with your new vendor.

NOTE: Boeing does not provide an employee discount for any Charter services at this time.
NOTE: Boeing provided Cisco VoIP telephones provisioned under the Enterprise Class Teleworker (ECT) service are not included in this HDA transition effort.

If you have questions or need assistance, please visit one of the HDA Transition FAQ websites:
http://mobile.web.boeing.com/docs/hda_transition_faq.doc
http://pmpo.web.boeing.com/communication/hda_transition_faq.doc
or contact Charter directly.

back to top

## AT&T Global DSL

- **The Boeing provided DSL service billing cannot be transferred over to the end-user for direct payment.** You need to disconnect your Boeing-paid service and purchase new service from AT&T or another vendor.

    1) To process a disconnection request, please go to the HDA site: http://triffid.ns.cs.boeing.com:3010/eras/do?event=HDAMAINMENU&security =1 and select the **"Disconnect an existing service or Transfer Billing to Employee"** option. Your disconnect order will be sent to AT&T for processing.

    2) If you would like to continue with internet service in your home, it will need to be acquired directly from by either the local phone or cable company.

    There are two types of AT&T DSL service:
    **ADSL economy grade:** If the AT&T DSL (ADSL) is over your residential phone line, you may be **out of service** for a few days until the line can be cleared of the AT&T

DSL signal. If you have any access issues, please be prepared to work onsite at a Boeing location. Your new supplier should provide an installation date so you'll know when to try again to access the Boeing network.

**SDSL Business grade:** With this DSL service (SDSL) it is not on a phone line.  New service can be ordered and once installed submit a disconnect request for the Boeing paid SDSL service.

In both cases this process can take up to 30 days and your service may be disconnected at anytime.

- **To purchase AT&T DSL or other internet service on a personal-pay basis:**

    If you want to purchase different internet service with AT&T or another vendor, please contact AT&T directly (website listed below or by phone) and order the service as "new".  Once your new service has been installed, please "disconnect" the Boeing-paid service by following the instructions in step #1 (above).

If a request for your Boeing provided AT&T DSL service is not submitted by 11/11/2009 your service will be automatically disconnected by the vendor.

For AT&T residential services and pricing please check the following website:
    http://www.att.com/gen/general?pid=6431

AT&T Residential Customer Service offices are broken down by region/state:
    - West (CA/NV) 866-593-0724
    - SW (MO, TX, OK, KS, AR) 888-387-6270
    - MW (IL, IN, MI, OH, WI) 888-274-9056
    - SE (AL, GA, NC, SC, TN, FL, LA, MS, and KY) 866-805-3921

** **As a Boeing employee, if you not wish to pay for HDA services yourself, you are encouraged to work with your manager to return to a Boeing site.** **

**Modem return policy:**
- ADSL service is considered "Economy" grade, the modem is purchased, and does NOT need to be returned.  (Economy speeds: 1.5/384.0).
- SDSL service is "Business" grade, the modem is leased, and will need to be returned.  (Business grade speeds: 144.0/144.0).  Users will receive an email from AT&T with return instructions in about a week. Once the disconnect request has been submitted, AT&T will send you an email with shipping instructions.  The modem can be shipped for free from any Boeing lobby that is staffed and accepts FedEx or UPS packages.

*NOTE: During the service installation process, the vendor may ask you to disable your firewall and anti-virus software to install their software.  **UNDER NO CIRCUMSTANCES are you to disable these security features and allow unauthorized software downloaded on to your Boeing-provided workstation.**  Ignore these vendor instructions as this is considered a violation of Boeing security policies.*

**It is strongly recommended that employees read and understand all the "terms and conditions" of the vendor contract before signing.**

**_Disclaimer:_** *All Boeing employees are solely responsible for negotiating service contracts with providers and complying with the terms therein. Boeing makes no claim or representation regarding, and accepts no responsibility for, the quality, content, nature or reliability of third-party sites accessible by hyperlinks from this communication. The third-party linked sites are not under the*

control of Boeing and Boeing is not responsible for the content of any third-party linked site or any link contained in a third-party linked site, or any review, changes or updates to such sites. Boeing is providing these links to you only as a convenience, and the inclusion of any link does not imply affiliation, endorsement, or adoption by Boeing of the site or any information contained therein. When visiting these third-party linked sites, you should be aware that Boeing's terms and policies no longer govern, and, therefore, you should review the applicable terms and policies, including privacy and data gathering practices, of that site.

NOTE: Boeing does not provide an employee discount for any AT&T DSL services at this time. You may want to check with local internet providers in your area for any specials or discounts.
NOTE: Boeing provided Cisco VoIP telephones provisioned under the Enterprise Class Teleworker (ECT) service are not included in this HDA transition effort.

back to top

---

**Verizon DSL**

> **To PURCHASE** Verizon DSL **service on a personal-pay basis, here's what you need to do:**
>
> NOTE: In order to ensure service continuity, you'll need to disconnect your Boeing-paid Verizon DSL **FIRST** and order new service from Verizon (or another vendor). **The billing cannot be transferred.**
>
> 1. Go to the HDA site:
>    http://triffid.ns.cs.boeing.com:3010/eras/do?event=HDAMAINMENU&security=1 and select the "Disconnect an existing service or Transfer Billing to Employee" option.
>
> 2. Select "Disconnect".
>    Your disconnect order will be sent to Verizon for processing.
>
>    NOTE: If you have personal email addresses, they will be lost.
>
> 3. Once the service disconnection order has been submitted, please contact Verizon directly, via their website (listed at the bottom), or by phone, and order the service as "new".
>
>    If you choose to drop the DSL service, the line will be disconnected within two weeks after you receive your confirmation notice (via email).
>
>    If you want to order Verizon's new "FIOS" service, and it's available in your area, you can order that service directly from Verizon. **There's no waiting or interruption of service with this option.**
>
>    NOTE: If ordering services other than FIOS, users could experience some downtime in the ordering process.
>
> If a request for your Boeing provided Verizon DSL service is not submitted by 11/11/2009 your service will be automatically disconnected by the vendor.

\*\*  As a Boeing employee, if you not wish to pay for HDA services yourself, you are encouraged to work with your manager to return to a Boeing site.  \*\*

Exhibit J, Page 37

**Modem return policy:**
The DSL modem has been purchased and does not need to be returned. Please recycle any unused equipment appropriately.

*NOTE: During the service installation process, the vendor may ask you to disable your firewall and anti-virus software to install their software.* **UNDER NO CIRCUMSTANCES are you to disable these security features and allow unauthorized software downloaded on to your Boeing-provided workstation.** *Ignore these vendor instructions as this is considered a violation of Boeing security policies.*

**It is strongly recommended that employees read and understand all the "terms and conditions" of the vendor contract before signing.**

**Disclaimer:** *All Boeing employees are solely responsible for negotiating service contracts with providers and complying with the terms therein. Boeing makes no claim or representation regarding, and accepts no responsibility for, the quality, content, nature or reliability of third-party sites accessible by hyperlinks from this communication. The third-party linked sites are not under the control of Boeing and Boeing is not responsible for the content of any third-party linked site or any link contained in a third-party linked site, or any review, changes or updates to such sites. Boeing is providing these links to you only as a convenience, and the inclusion of any link does not imply affiliation, endorsement, or adoption by Boeing of the site or any information contained therein. When visiting these third-party linked sites, you should be aware that Boeing's terms and policies no longer govern, and, therefore, you should review the applicable terms and policies, including privacy and data gathering practices, of that site.*

For Verizon residential services and pricing please check the following website:
    http://promo.verizon.com/homepage/?CMP=KNC-Consumer

*NOTE: During the service installation process, the vendor  may ask you to disable your firewall and anti-virus software to install their software.* **UNDER NO CIRCUMSTANCES are you to disable these security features and allow unauthorized software downloaded on to your Boeing-provided workstation.** *Ignore these vendor instructions as this is considered a violation of Boeing security policies.*

*NOTE: Boeing does not provide an employee discount for any Verizon services at this time. You may want to check with local internet providers in your area for any specials or discounts.*

*NOTE: Boeing provided Cisco VoIP telephones provisioned under the Enterprise Class Teleworker (ECT) service are not included in this HDA transition effort.*

back to top

## AT&T DSL and/or Telephone

Choose the option that applies to your specific situation and follow the directions provided:

- **If you have a business Telephone with DSL service provided by Boeing, this service may be transferred over to you to continue service.**

    1. Reply to GRP HDA Update requesting that both services be transferred over for billing. Boeing will then request the process from AT&T. Each region may have a different process to complete this request.

- **If you do not require AT&T Telephone/DSL any longer, or ordering service with another provider, go directly to the HDA website to process your Boeing-paid AT&T Telephone/DSL disconnection.**
  1. If you want to purchase different internet service with AT&T or another vendor, please contact AT&T directly (website listed below or by phone) and order the service as "new". Once your new service has been installed, please "disconnect" the Boeing-paid service by following the instructions in step #2.
     - For AT&T residential services and pricing please check the following website: http://www.att.com/gen/general?pid=6431
  2. To process a disconnection request, please go to the HDA site: http://triffid.ns.cs.boeing.com:3010/eras/do?event=HDAMAINMENU&security=1

     and select the "Disconnect an existing service or Transfer Billing to Employee" option. Your disconnect order will be sent to AT&T for processing.

  If a request for your Boeing provided AT&T DSL service is not submitted by 11/11/2009 your service will be automatically disconnected by the vendor.

**AT&T Telephone**
Choose the option that applies to your specific situation and follow directions provided:

- **If you ONLY have Boeing-paid telephone service through AT&T, please do the following:**

  1. TRANSFER TELEPHONE SERVICE: Reply to: GRP HDA Update requesting that the phone service be transferred over for billing. Boeing will then request the process from AT&T. Each region may have a different process to complete this request.

  2. DISCONNECT TELEPHONE SERVICE: Reply to this e-mail (include the phone number) requesting that the service be disconnected. Boeing will then submit the disconnect AT&T.

  If a request for your Boeing provided AT&T Telephone service is not submitted by 11/11/2009 your service will be automatically disconnected by the vendor.

If you have questions or need assistance, please respond back to this e-mail and a team member will contact you.

NOTE: Once a disconnect request has been submitted, the Legacy SBC and Legacy BellSouth FBLs can be converted to residential accounts if you wish to keep the service. If end user wishes to transfer service you will need to call one of the residential offices listed below.

    AT&T Residential Customer Service offices are broken down by region/state:
        - West (CA/NV) 866-593-0724
        - SW (MO, TX, OK, KS, AR) 888-387-6270
        - MW (IL, IN, MI, OH, WI) 888-274-9056
        - SE (AL, GA, NC, SC, TN, FL, LA, MS, and KY) 866-805-3921

If you have questions or need assistance, please respond back to this e-mail and a team member will contact you.

** **As a Boeing employee, if you not wish to pay for HDA services yourself, you are encouraged to work with your manager to return to a Boeing site.** **

**Modem return policy:**

Exhibit J, Page 39

- SDSL service is "Business" grade, the modem is leased, and will need to be returned. (Business grade speeds: 144.0/144.0). Users will receive an email from AT&T with return instructions in about a week. Once the disconnect request has been submitted, AT&T will send you an email with shipping instructions. The modem can be shipped for free from any Boeing lobby that is staffed and accepts FedEx or UPS packages.
- ADSL service is considered "Economy" grade, the modem is purchased, and does NOT need to be returned. (Economy speeds: 1.5/384.0).

*NOTE: During the service installation process, the vendor may ask you to disable your firewall and anti-virus software to install their software. **UNDER NO CIRCUMSTANCES are you to disable these security features and allow unauthorized software downloaded on to your Boeing-provided workstation.** Ignore these vendor instructions as this is considered a violation of Boeing security policies.*

**It is strongly recommended that employees read and understand all the "terms and conditions" of the vendor contract before signing**.

**Disclaimer:** *All Boeing employees are solely responsible for negotiating service contracts with providers and complying with the terms therein. Boeing makes no claim or representation regarding, and accepts no responsibility for, the quality, content, nature or reliability of third-party sites accessible by hyperlinks from this communication. The third-party linked sites are not under the control of Boeing and Boeing is not responsible for the content of any third-party linked site or any link contained in a third-party linked site, or any review, changes or updates to such sites. Boeing is providing these links to you only as a convenience, and the inclusion of any link does not imply affiliation, endorsement, or adoption by Boeing of the site or any information contained therein. When visiting these third-party linked sites, you should be aware that Boeing's terms and policies no longer govern, and, therefore, you should review the applicable terms and policies, including privacy and data gathering practices, of that site.*

*NOTE: Boeing does not provide an employee discount for any AT&T DSL services at this time. You may want to check with local internet providers in your area for any specials or discounts.*
*NOTE: Boeing provided Cisco VoIP telephones provisioned under the Enterprise Class Teleworker (ECT) service are not included in this HDA transition effort.*

---

### Qwest Telephone

Boeing will no longer pay directly (or allow business expense reports) for Qwest Telephone services. By 11/11/2009 you must **follow the instructions below to** either: TRANSFER and personally pay for your current Boeing-paid telephone service or DISCONNECT it and make other arrangements. **PLEASE DO NOT CALL QWEST directly.**

---

**To TRANSFER the Qwest Telephone service billing to you on a personal-pay basis, PLEASE DO NOT CALL QWEST directly. Here's what you need to do:**

1. Go to the HDA site:
   http://triffid.ns.cs.boeing.com:3010/eras/do?event=HDAMAINMENU&security=1

   and select the **"Disconnect an existing service or Transfer Billing to Employee"** option. No other selection is appropriate.

2. Select "Disconnect" and please enter the information below (**A, B and C**) in the "Disconnect Reason" field:

   **A.** Enter this statement - **"I would like to keep the phone line and will pay for it myself".**

B.  **Provide the name of your long distance service provider:**
   Note: if you do not provide a LD provider, your service will not have long distance.

C.  **Provide the telephone number of an established Qwest account in
   YOUR name at the same address**. (You do not have to have an established
   account, but if you do, this detail will speed up the transfer significantly).

Residential accounts are generally less expensive than business accounts.  Watch for
e-mail from Boeing that provides the Qwest order number and due date for your new
account to be in the Qwest system. **WAIT** 24-48 hours after that date then call Qwest
to change the features or the account type (business vs. residential). The phone
number to reach Qwest is: 800 244-1111.

**To DISCONNECT the Qwest Telephone service, here's what you need to do:**

1.  If you no longer need the Quest service(s), please click on the HDA link above
   (step #1), select "Disconnect", and a disconnect request will be sent to Qwest for
   processing.

If a request for your Boeing provided Qwest Telephone service is not submitted by 11/11/2009
service will be automatically disconnected by the vendor.

For residential services and pricing, please check the vendor website in your region:
   http://www.qwest.com/

** 

**As a Boeing employee, if you not wish to pay for HDA services yourself,
you are encouraged to work with your manager to return to a Boeing site.**

 **

It is strongly recommended that employees read and understand all the "terms and
conditions" of the vendor contract before signing.

*__Disclaimer:__ All Boeing employees are solely responsible for negotiating service contracts with
providers and complying with the terms therein. Boeing makes no claim or representation regarding,
and accepts no responsibility for, the quality, content, nature or reliability of third-party sites
accessible by hyperlinks from this communication. The third-party linked sites are not under the
control of Boeing and Boeing is not responsible for the content of any third-party linked site or any link
contained in a third-party linked site, or any review, changes or updates to such sites. Boeing is
providing these links to you only as a convenience, and the inclusion of any link does not imply
affiliation, endorsement, or adoption by Boeing of the site or any information contained therein. When
visiting these third-party linked sites, you should be aware that Boeing's terms and policies no longer
govern, and, therefore, you should review the applicable terms and policies, including privacy and
data gathering practices, of that site.*

*NOTE: Boeing does not provide an employee discount for any Qwest services at this time.*
*NOTE: Boeing provided Cisco VoIP telephones provisioned under the Enterprise Class Teleworker
(ECT) service are not included in this HDA transition effort.*

If you have questions or need assistance, please visit one of the HDA Transition FAQ websites:
http://mobile.web.boeing.com/docs/hda_transition_faq.doc