# EXHIBIT B

O'Brien, Sean A.

| | |
|---|---|
| From: | O'Brien, Sean A. |
| Sent: | Tuesday, February 02, 2010 12:00 PM |
| To: | 'Ron Makarem' |
| Cc: | folinsky@law-rm.com |
| Subject: | RE: Boeing adv. Novak - CONFIDENTIAL AND PRIVILEGED SETTLEMENT COMMUNICATION |
| Attachments: | Scan100202113525.pdf |

Ron and Marni:

I do have two potential mediators to suggest. Both of them have web sites for you to look at to get more background information.

1. Lisa Klerman (Palos Verdes area)

2. Robert Coviello (ADR Services, Inc.)

Before proceeding forward, however, I need to mention your office's recent posting on **Craigslist** last week. (See attached.). I can tell you that this has **not** gone over well with Boeing, and is counter-productive to the parties reaching a settlement of Ms. Novak's individual claims. It appears that your offices are "trolling" for new plaintiffs to file a class action if we settle with Ms. Novak. The advertisement also borders on barratry, which is unethical in California.



Please call me to discuss further.

Boeing Computer Programmers

los angeles craigslist > long beach / 562 > jobs > systems/networking jobs

email this posting to a friend

Avoid scams and fraud by dealing locally! Beware any deal involving Western Union, Moneygram, wire transfer, cashier check, money order, shipping, escrow, or any promise of transaction protection/certification/guarantee. *More info*

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

# Boeing Computer Programmers (Any)

Date: 2010-01-26, 5:28PM PST
Reply to: job-nd2wu-1572331046@craigslist.org [Errors when replying to ads?]

Our law firm is looking for employees who have worked for Boeing Company. We are litigating a lawsuit for failure to pay full wages to Boeing employees and are looking for witnesses to this conduct. Please respond by email to this ad or call Vanessa at 310 312-0299.

← Novak's Counsel

- Location: Any
- Compensation: No Compensation
- Principals only. Recruiters, please don't contact this job poster.
- Please, no phone calls about this job!
- Please do not contact job poster about other services, products or commercial interests.

PostingID: 1572331046

Copyright © 2010 craigslist, inc.   terms of use   privacy policy   feedback forum

http://losangeles.craigslist.org/lgb/sad/1572331046.html

**Exhibit B, Page 32**