| | |
|---|---|
| 1 | PAYNE & FEARS LLP<br>Attorneys at Law |
| 2 | Daniel F. Fears, Bar No. 110573<br>E-Mail: dff@paynefears.com |
| 3 | Sean A. O'Brien, Bar No. 133154<br>E-Mail: sao@paynefears.com |
| 4 | 4 Park Plaza, Suite 1100<br>Irvine, CA 92614 |
| 5 | Telephone: (949) 851-1100<br>Facsimile: (949) 851-1212 |
| 6 | |
| 7 | Attorneys for Defendant<br>THE BOEING COMPANY |
| 8 | MAKAREM & ASSOCIATES, APLC<br>Ronald W. Makarem, Bar No. 180442 |
| 9 | Jean-Paul Le Clercq, Bar No. 248818<br>11601 Wilshire Boulevard, Suite 2440 |
| 10 | Los Angeles, CA 90025-1760<br>Telephone: (310) 312-0299 |
| 11 | Facsimile:  (310) 312-0296 |
| 12 | Attorneys for Plaintiff<br>JACQUELINE VELEZ |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN NOVAK, an individual and on behalf of all others similarly situated and the general public, *et al.*<br><br>            Plaintiff,<br><br>     v.<br><br>THE BOEING COMPANY, a Delaware Corporation and DOES 1 through 100, inclusive.<br><br>            Defendants. | CASE NO. SACV09-1011 CJC(ANx)<br><br>**JOINT STIPULATION TO WITHDRAW PLAINTIFF VELEZ AS A CLASS REPRESENTATIVE AND DISMISS, WITH PREJUDICE, PLAINTIFF VELEZ'S CLAIMS AGAINST DEFENDANT THE BOEING COMPANY** |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, AS FOLLOWS:**

WHEREAS, Plaintiff Jacqueline Velez ("Velez") is identified as a named Plaintiff and a purported class representative in Plaintiffs' Third Amended Complaint, previously filed on June 13, 2011.

WHEREAS, there has been no certification of any putative class in this action;

WHEREAS, Plaintiff Velez wishes to withdraw as a Plaintiff and a purported class representative in this lawsuit and dismiss with prejudice her claims in the Third Amended Complaint.

WHEREAS, Plaintiff Velez voluntarily dismisses, **with prejudice**, any claims she has asserted against Defendant The Boeing Company ("Boeing") and/or that have been asserted on her behalf in the Third Amended Complaint.

WHEREAS, Boeing voluntarily agrees to waive any claims it may have against Plaintiff Velez that are associated with her involvement with the present lawsuit.

NOW, THEREFORE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure the parties hereby agree and stipulate to voluntarily dismiss, with prejudice, any claims asserted by or on behalf of Plaintiff Velez and against Boeing that are contained in the Third Amended Complaint.

NOTHING in this stipulation is intended to waive the claims made by the other purported class representatives on their own behalf and/or on behalf of the purported putative class (excluding Velez).

**SO STIPULATED.**

DATED: June 23, 2011          PAYNE & FEARS LLP

                              By:     /s//Daniel F. Fears
                                         DANIEL F. FEARS

                                 Attorneys for Defendant
                                 THE BOEING COMPANY

DATED: June 23, 2011          MAKAREM & ASSOCIATES, APLC

                              By:     /s/Jean-Paul Le Clercq
                                         JEAN-PAUL LE CLERCQ

                                 Attorneys for Plaintiff AND Class
                                 Representative
                                 JACQUELINE VELEZ

4827-3417-5753.1

3