1  Daniel F. Fears, Bar No. 110573
   dff@paynefears.com
2  Sean A. O'Brien, Bar No. 133154
   sao@paynefears.com
3  PAYNE & FEARS LLP
   Attorneys at Law
4  Jamboree Center, 4 Park Plaza, Suite 1100
   Irvine, California 92614
5  Telephone: (949) 851-1100
   Facsimile: (949) 851-1212

Attorneys for THE BOEING COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NOVAK, an individual and on behalf of all others similarly situated and the general public,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE BOEING COMPANY, a Delaware corporation and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendant. | Case No. SACV09-1011 CJC (RKx)<br><br>**DECLARATION OF DANIEL F. FEARS IN SUPPORT OF DEFENANT THE BOEING COMPANY'S MOTION TO DISMISS AND/OR STRIKE PORTIONS OF THIRD AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT AS TO THE SECOND AND FIFTH CAUSES OF ACTION**<br><br>**[Fed. R. Civ. P. 12(b)(6), 12(f), 56]**<br><br>Date:　July 25, 2011<br>Time:　1:30 p.m.<br>Crtrm.:　9B<br>Judge:　Hon. Cormac J. Carney<br><br>Discovery Cut-Off:　October 7, 2011<br>Motion Cut-Off:　December 9, 2011<br>Trial:　January 17, 2012 |

# DECLARATION OF DANIEL F. FEARS

I, Daniel F. Fears, declare as follows:

1. I am an attorney licensed to practice before this Court and am a partner with the law firm of Payne & Fears LLP, counsel of record for Defendant The Boeing Company ("Boeing") in this action. I have personal knowledge of the following facts, and if called as a witness, I would and could competently testify hereto.

2. On October 15, 2010 and February 16, 2011, I took the deposition of Plaintiff Susan Novak in this action. The deposition was recorded and transcribed by a certified shorthand reporter in and for the State of California.

3. I have received and carefully reviewed a certified copy of the transcript for each day of Plaintiff Susan Novak's deposition, and the attached exhibits. The transcript accurately reflects the questions and answers at the deposition and contains the exhibits that were introduced therein. I have maintained these certified copies at my law office.

4. Attached hereto as **Exhibit "A"** are true and correct copies of the cover page and the relevant pages from the certified copy of the transcript of the deposition of Plaintiff Susan Novak, along with relevant exhibits, which are cited and referenced in Boeing's moving papers filed herewith.

5. I downloaded and printed from the website of the California Department of Labor Standards Enforcement a model wage statement, which can be found at the following URL: http://www.dir.ca.gov/dlse/PayStub.pdf.

6. Attached hereto as **Exhibit "B"** is a true and correct copy of the model wage statement that I downloaded and printed.

7. On May 13, 2011, I attended and defended the deposition of Boeing employee Kristine Barry, noticed by Plaintiffs' counsel in Seattle, Washington. Ms.

1 Barry was a former supervisor of both named Plaintiffs Susan Novak and Jacqueline
2 Velez.

3     8. Attached hereto as **Exhibit "C"** are the relevant excerpts from pages 46
4 through 52 from Ms. Barry's Deposition that are cited and referenced in Boeing's
5 moving papers filed herewith.

6     9. Attached hereto as **Exhibits "D," "E" and "F**," respectively, are the
7 true and correct copies of the verified written responses of Plaintiffs Jacqueline
8 Velez, Victor Clement and Leslie Heard, each dated May 19, 2011, to Boeing's
9 Special Interrogatories (Set One) that was mail served on our offices.

10     10. On June 23, 2011, I took the deposition of Plaintiff Jacqueline Velez at
11 my offices. After approximately three hours of questioning on the various
12 allegations and claims she was making, Ms. Velez, with her attorney present and in
13 concurrence, agreed to withdraw from the case and dismiss, with prejudice, all her
14 claims against Boeing set forth in the Third Amended Complaint.  The Joint
15 Dismissal, signed by counsel for both parties, was filed with the Court as **Court**
16 **Docket # 126** that same day. The Court subsequently entered the Order of dismissal
17 the following day, June 24, 2011. (*See* **Court Docket # 127**.)

18     11. On June 27, 2011, our offices were informed by Plaintiffs' counsel.
19 Jean-Paul LeClercq, that Plaintiff Leslie Heard also would be withdrawing from the
20 lawsuit as both an individual plaintiff and purported class representative, and also
21 dismissing her claims against Boeing.

22     Executed this 27th day of June, 2011, at Irvine, California. I declare under
23 penalty of perjury under the laws of the United States of America that the foregoing
24 is true and correct.

                                         /s/Daniel F. Fears
                                   DANIEL F. FEARS

28 4839-2830-6953.1