1  PAYNE & FEARS LLP
   Attorneys at Law
2  Daniel F. Fears, Bar No. 110573
   E-Mail: dff@paynefears.com
3  Sean A. O'Brien, Bar No. 133154
   E-Mail: sao@paynefears.com
4  4 Park Plaza, Suite 1100
   Irvine, CA 92614
5  Telephone: (949) 851-1100
   Facsimile: (949) 851-1212
6
   Attorneys for Defendant
7  THE BOEING COMPANY

8  MAKAREM & ASSOCIATES, APLC
   Ronald W. Makarem, Bar No. 180442
9  Jean-Paul Le Clercq, Bar No. 248818
   11601 Wilshire Boulevard, Suite 2440
10 Los Angeles, CA 90025-1760
   Telephone: (310) 312-0299
11 Facsimile:  (310) 312-0296

12 Attorneys for PlaintiffS
   SUSAN NOVAK and VICTOR CLEMENT
13
14              **UNITED STATES DISTRICT COURT**

15             **CENTRAL DISTRICT OF CALIFORNIA**

16

17 SUSAN NOVAK, an individual and        CASE NO. SACV 09-1011 CJC(ANx)
   on behalf of all others
18 similarly situated and the
   general public, et al.
19
                                         **JOINT STIPULATION TO DISMISS,**
20        Plaintiff,                      **WITH PREJUDICE, PLAINTIFFS SUSAN**
                                          **NOVAK'S AND VICTOR CLEMENT'S**
21     v.                                 **CLAIMS, BOTH INDIVIDUAL AND AS**
                                          **CLASS REPRESENTATIVES, AGAINST**
22 THE BOEING COMPANY, a Delaware         **DEFENDANT THE BOEING COMPANY**
   Corporation and DOES 1 through
23 100, inclusive.

24        Defendants.

25

26

27

28

1            **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES,**

2 **THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, AS FOLLOWS:**

3

4            WHEREAS, Plaintiffs Susan Novak ("Novak") and Victor

5 Clement ("Clement") are identified as the remaining named

6 Plaintiffs and a purported class representatives in Plaintiffs'

7 Third Amended Complaint, previously filed on June 13, 2011.

8

9

10            WHEREAS, the Court previously denied class

11 certification in the case on December 19, 2011, and there has

12 been no certification of any putative class in this action;

13

14            WHEREAS, Plaintiffs Novak and Clemet wish to jointly

15 dismiss, with prejudice, their respective claims in the Third

16 Amended Complaint, both individually and as class

17 representatives, as well as the entirety of the remaining action.

18

19

20            WHEREAS, Plaintiffs Novak and Clement voluntarily

21 dismiss, **with prejudice**, any and all claims they have asserted

22 against Defendant The Boeing Company ("Boeing") and/or that have

23 been asserted on their behalf in the Third Amended Complaint.

24

25            WHEREAS, Novak and Clement have now entered into a

26 written settlement agreement with Boeing concerning this lawsuit,

27 which fully and completely settles and disposes of all remaining

28 claims in the lawsuit.

1    NOW, THEREFORE, pursuant to Rule 41(a)(1)(A)(i) of the

2 Federal Rules of Civil Procedure the parties hereby agree and

3 stipulate to voluntarily dismiss, with prejudice, any and all

4 claims asserted by or on behalf of Plaintiffs Novak and Clement,

5 and against Boeing, that are contained in the Third Amended

6 Complaint, regardless whether asserted individually or on a

7 representative basis.

8         **SO STIPULATED.**

9

10 DATED: February 27, 2012        PAYNE & FEARS LLP

11

12                                 By:

13                                       DANIEL F. FEARS

14                                 Attorneys for Defendant
                                   THE BOEING COMPANY
15
   DATED: February 27, 2012        MAKAREM & ASSOCIATES, APLC
16

17                                 By:

18                                       JEAN-PAUL LE CLERCQ

19                                 Attorneys for Plaintiffs AND Class
                                   Representatives SUSAN NOVAK and
20                                 VICTOR CLEMENT

21 4827-3417-5753.1

22

23

24

25

26

27

28