# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN NOVAK, an individual and on behalf of all others similarly situated and the general public, *et al.*<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware Corporation and DOES 1 through 100, inclusive.<br><br>Defendants. | CASE NO. SACV 09-1011 CJC(ANx)<br><br>Honorable Cormac J. Carney<br><br><br>**ORDER TO DISMISS, WITH PREJUDICE, PLAINTIFFS SUSAN NOVAK'S AND VICTOR CLEMENT'S REMAINING CLAIMS ASSERTED AGAINST DEFENDANT THE BOEING COMPANY** |

Pursuant to Stipulation between the parties and **FOR GOOD CAUSE SHOWN**, it is hereby ORDERED that the claims of Plaintiffs Susan Novak and Victor Clement asserted in this

action, both as individually named plaintiffs and purported class representatives set forth in the Third Amended Complaint, previously filed on June 13, 2011, against Defendant The Boeing Company, are hereby dismissed, with prejudice, in their entirety, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with each party to bear their own costs and fees connected with this dismissal.

**IT IS SO ORDERED.**

DATED: February 29, 2012 _____
The Honorable Cormac J. Carney
United States District Judge

4819-2651-0089.1

2