1

2

3

4

5

# JS-6

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

12

13

| | |
|---|---|
| SUSAN NOVAK, an individual and on behalf of all others similarly situated and the general public, *et al.* | CASE NO. SACV 09-1011 CJC(ANx)<br><br>Honorable Cormac J. Carney |

14

        Plaintiff,

15

    v.

16

THE BOEING COMPANY, a Delaware Corporation and DOES 1 through 100, inclusive.

17

18

       Defendants.

19

**ORDER TO DISMISS, WITH PREJUDICE, PLAINTIFFS SUSAN NOVAK'S AND VICTOR CLEMENT'S REMAINING CLAIMS ASSERTED AGAINST DEFENDANT THE BOEING COMPANY**

20

21

22

23

24

25

26

       Pursuant to Stipulation between the parties and **FOR**

27

**GOOD CAUSE SHOWN**, it is hereby ORDERED that the claims of

28

Plaintiffs Susan Novak and Victor Clement asserted in this

1  action, both as individually named plaintiffs and purported class

2  representatives set forth in the Third Amended Complaint,

3  previously filed on June 13, 2011, against Defendant The Boeing

4  Company, are hereby dismissed, <u>with prejudice</u>, in their entirety,

5  pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

6  Procedure, with each party to bear their own costs and fees

7  connected with this dismissal.

8

9          **IT IS SO ORDERED.**

10

11  DATED: February 29, 2012         _____

12                                    The Honorable Cormac J. Carney
                                      United States District Judge

13  4819-2651-0089.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28